FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 8 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   4:09CR 00304 JMM |
| v. ) | |
| ) | |
| ) | |
| ) | |
| JARED ROSE ) | 18 U.S.C. § 922(g)(1), 924(e) |
| ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| ) | 21 U.S.C. § 841(a)(1) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| ) | 21 U.S.C. § 843(a)(6) |
| ) | 21 U.S.C. § 843(d)(2) |
| ) | 21 U.S.C. § 846, 860a |
| ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

In or before July, 2007, in the Eastern District of Arkansas and elsewhere,

JARED ROSE

knowingly and intentionally conspired with other persons known and unknown to the grand jury to manufacture a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and during the course of this conspiracy, at least 50 grams, but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine was involved, in violation of Title 21, United States Code, sections 841(a)(1), (b)(1)(B), 846, and 860a.

## COUNT 2

On or about July 7, 2009, in the Eastern District of Arkansas,

## JARED ROSE

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams, of a mixture or substance containing methamphetamine, a Schedule II controlled substance, thereby violating Title 21, United States Code, sections 841(a)(1), (b)(1)(B) and 860a.

## COUNT 3

On or about July 7, 2009, in the Eastern District of Arkansas,

## JARED ROSE

knowingly and intentionally possessed equipment, chemicals, products, and materials that may be used to manufacture a controlled substance (methamphetamine), knowing, intending, and having reasonable cause to believe that such items will be used to manufacture a controlled substance, thereby violating Title 21, United States Code, sections 843(a)(6) and (d)(2).

## COUNT 4

On or about July 7, 2009, in the Eastern District of Arkansas,

## JARED ROSE

in furtherance of a drug trafficking crime as charged in Counts 1, 2, and 3 of the Indictment, knowingly possessed one or more of the following firearms:

1. one Jimenez Arms, Inc., .380 caliber semi automatic handgun, serial number 109573

2. one M-11 9mm SWD, Inc. semi automatic handgun, serial number 89-0049610

in violation of Title 18, United States Code, section 924(c)(1)(A)(i).

## COUNT 5

On or about August 19, 2009, in the Eastern District of Arkansas,

JARED ROSE

knowingly and intentionally possessed equipment, chemicals, products, and materials that may be used to manufacture a controlled substance (methamphetamine), knowing, intending, and having reasonable cause to believe that such items will be used to manufacture a controlled substance, thereby violating Title 21, United States Code, sections 843(a)(6) and (d)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 4 of this Indictment, JARED ROSE shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. one Jimenez Arms, Inc., .380 caliber semi automatic handgun, serial number 109573
2. one M-11 9mm SWD, Inc. semi automatic handgun, serial number 89-0049610

[END OF TEXT: SIGNATURE PAGE ATTACHED]