IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,

V.                                                            4:09CR00304 JMM

JARED ROSE

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 27, 2010, and ending on May 26, 2010. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2010, at Little Rock, AR.

By /s/ KAREN WHATLEY
Assistant U. S. Attorney
Bar No. 94132
P. O. Box 1229
Little Rock, AR 72203
501-340-2607
karen.whatley@usdoj.gov

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
COURT CASE NUMBER: 4:09CR00304; NOTICE OF FORFEITURE

Notice is hereby given that on April 19, 2010, in the case of <u>U.S. v. Jared Rose</u>, Court Case Number 4:09CR00304, the United States District Court for the Eastern District of Arkansas entered an Order condemning and forfeiting the following property to the United States of America:

Assorted Firearms with Ammunition, VL: $240.00 (09-DEA-523538), including the following items: 1 Jimenez Arms .380 semi-automatic handgun with 12 rounds of ammo and holster, Ser No: 109573; 1 SWD M-11 9mm semi-automatic handgun with magazine holding 10 rounds of ammo, Ser No: 89-0049610 which was seized from Jared Rose on July 07, 2009 at 2625 Claude Road, located in Pine Bluff, AR

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 27, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 600 West Capitol, Room 322, Little Rock, AR  72201, and a copy served upon Assistant United States Attorney Anne Gardner, 425 W. Capitol, Ste 500, Little Rock, AR  72201.  The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 27, 2010 and May 26, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jared Rose

**Court Case No:** 4:09CR00304
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/27/2010 | 23.6 | Verified |
| 2 | 04/28/2010 | 23.6 | Verified |
| 3 | 04/29/2010 | 23.6 | Verified |
| 4 | 04/30/2010 | 23.6 | Verified |
| 5 | 05/01/2010 | 23.6 | Verified |
| 6 | 05/02/2010 | 23.6 | Verified |
| 7 | 05/03/2010 | 23.6 | Verified |
| 8 | 05/04/2010 | 23.6 | Verified |
| 9 | 05/05/2010 | 23.6 | Verified |
| 10 | 05/06/2010 | 23.6 | Verified |
| 11 | 05/07/2010 | 23.6 | Verified |
| 12 | 05/08/2010 | 23.6 | Verified |
| 13 | 05/09/2010 | 23.6 | Verified |
| 14 | 05/10/2010 | 23.6 | Verified |
| 15 | 05/11/2010 | 23.5 | Verified |
| 16 | 05/12/2010 | 23.6 | Verified |
| 17 | 05/13/2010 | 23.5 | Verified |
| 18 | 05/14/2010 | 23.6 | Verified |
| 19 | 05/15/2010 | 22.5 | Verified |
| 20 | 05/16/2010 | 22.5 | Verified |
| 21 | 05/17/2010 | 23.6 | Verified |
| 22 | 05/18/2010 | 23.6 | Verified |
| 23 | 05/19/2010 | 23.6 | Verified |
| 24 | 05/20/2010 | 23.6 | Verified |
| 25 | 05/21/2010 | 23.6 | Verified |
| 26 | 05/22/2010 | 22.5 | Verified |
| 27 | 05/23/2010 | 23.6 | Verified |
| 28 | 05/24/2010 | 23.6 | Verified |
| 29 | 05/25/2010 | 23.6 | Verified |
| 30 | 05/26/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.